**David BETHEA, Petitioner,**

v.

**DEPARTMENT OF LABOR, Respondent.**

No. 08–1290.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 19, 2008.

Decided: Oct. 6, 2008.

David Bethea, Petitioner Pro Se. John Robert Shortall, Office of the Solicitor General, Washington, D.C., for Respondent.

Before KING, GREGORY, and SHEDD, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Bethea seeks review of the Administrative Review Board's decision and order dismissing his complaint of retaliatory discharge filed pursuant to 49 U.S.C.A. § 31105 (West 2007 & Supp.2008). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we deny the petition for review for the reasons stated by the Board. *Bethea v. Wallace Trucking Co.*, No. 07–057 (A.R.B. Dec. 31, 2007). We dispense with oral argument because the facts and

556

legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*

Arthur Luma Becke, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reconsider its prior order, which denied Becke's motion to reopen removal proceedings based on changed country conditions in Cameroon. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion to reconsider. *See* 8 C.F.R. § 1003.2(a) (2008); *Jean v. Gonzales,* 435 F.3d 475, 481 (4th Cir.2006). Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re: Becke* (B.I.A. Nov. 13, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*